IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEPP CAPITAL, LLC, AND P.C.F. PROPERTIES IN TX, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>TERRI JENKINS and ANTWAN HENRY<br>    *Defendants*. | CIVIL ACTION NO.  4:22-cv-03338 |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

CAME on to be considered the Plaintiff's Motion to Remand, and the Court, having considered the same, any responses thereto, the evidence in support thereof, and the argument of the parties, is of the opinion that the Motion should be granted.  Therefore, it is

ORDERED that this cause shall be, and hereby is, REMANDED to the County Court of Law 5 Fort Bend County, case number 21-CCV-069075, for further proceedings pursuant to applicable state law.

SIGNED this _____ day of _____, 2022.

_____
PRESIDING UNITED STATES MAGISTRATE