IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEPP CAPITAL, LLC, AND P.C.F. PROPERTIES IN TX, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>TERRI JENKINS and ANTWAN HENRY<br>*Defendants*. | CIVIL ACTION NO.  4:22-cv-03338 |

### NOTICE OF PRE=MOTION CONFERENCE

**PLEASE BE ADVISED** that on NOVEMBER 14, 2022, at 2:00 p.m. the United States District Court for the Southern District of Texas, Houston Division will conduct a Pre-Motion Conference using the ZoomGov.com videoconferencing program.  The order for the conference instructions is attached hereto as Exhibit "A."

Respectfully submitted,

BARRY & SEWART. PLLC


/s/   John V. Burger
Anna C. Sewart, SBN: 24029832
David W. Barry, SBN: 01835200
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email:  evictions@barryandsewart.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on each below-named Defendant(s) or their attorney of record pursuant to the rules of Texas Civil Procedure on November 4, 2022.

Terri Jenkins
Antwan Henry
11939 Canyon Village Dr.
Tomball, TX 77377

Terri Jenkins
Antwan Henry
541 10th Street NW, #154
Atlanta, GA 3031

/s/   *John V. Burger*_____
Anna C. Sewart, SBN: 24029832
David W. Barry, SBN: 01835200
Austin R. DuBois, SBN: 24065170
John V. Burger, SBN: 03378650

BARRY & SEWART, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Tel.  (713) 722-0281
Fax. (713) 722-9786
Email:  evictions@barryandsewart.com
*Attorneys for Plaintiff*